# Court of Appeals
# of the State of Georgia

ATLANTA, May 14, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0482. KEVIN YEUNG v. SHANNON HUMPHREY.**

Kevin Yeung filed suit against Shannon Humphrey, and the trial court granted Humphrey's motion for summary judgment. Yeung appealed, and this Court affirmed. *Yeung v. Humphrey*, A25A1330 (Oct. 29, 2025) (unpublished). On April 1, 2026, the trial court entered an order canceling the lis pendens on Humphrey's property, and Yeung filed this application for discretionary appeal. Ordinarily, this Court would grant Yeung's application under OCGA § 5-6-35(j) because an order canceling a lis pendens may be appealed directly. See *Scroggins v. Edmondson*, 250 Ga. 430, 432(1)(c) (297 SE2d 469) (1982). Here, however, Yeung has already filed a notice of appeal, which has been docketed as Case No. A26A1894. Because this application for discretionary appeal is duplicative of Yeung's direct appeal, this application is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/14/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*